THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BARNEY LONZO, Defendant-Appellant.

(No. 58214;

First District (1st Division)—December 3, 1973.

*Rehearing denied January 4, 1974.*

PER CURIAM.
HALLETT, J., took no part.

James J. Doherty, Public Defender, of Chicago (Donald Honchel, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Barry Rand Elden, Assistant State's Attorneys, and Robert R. Egan, of counsel), for the People.